AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Cortney Bert Brown (1)<br>Leonard Jerame Evans (2)<br>Jose Giovanni Dubon (3)<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)       4:15MJ88<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2014 to the present__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy with the intent to manufacture and distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine or 50 grams of methamphetamine (actual) |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Paul Callen HSI

☐ Continued on the attached sheet.

*Complainant's signature*

SA Paul Callen HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/26/2015__

*Judge's signature*

City and state: __Plano, Texas__     Honorable Don D. Bush, Magistrate Judge
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Cortney Bert Brown (1)<br>Leonard Jerome Evans (2)<br>Jose Giovanni Dubon (3)<br><br>*Defendant(s)* | Case No.<br>4:15MJ88 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2014 to the present__ in the county of __Denton__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy with the intent to manufacture and distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine or 50 grams of methamphetamine (actual) |

This criminal complaint is based on these facts:
See the attached affidavit of Special Agent Paul Callen HSI

☐ Continued on the attached sheet.

*Complainant's signature*

SA Paul Callen HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/26/2015

*Judge's signature*

City and state: Plano, Texas

Honorable Don D. Bush, Magistrate Judge
*Printed name and title*